IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00373-LTB

STEVIE BROWN,

    Plaintiff,

v.

PEOPLE OF THE STATE OF COLORADO,
LARIMER COUNTY, BOARD OF COUNTY COMMISSIONERS,
JOHN E. KOCHENBURGER,
JOHN D. MIDDLEBROOK, and
GINGER COOK,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 21, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 21 day of March, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ S. Grimm
           Deputy Clerk